922 A.2d 708

IN THE MATTER OF DAVID WARREN DENENBERG, AN ATTORNEY AT LAW.

May 24, 2007.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 06–337, recommending that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(E), **DAVID WARREN DENENBERG** of **NEW YORK, NEW YORK**, who was admitted to the bar of this State in 1988, be reprimanded based on discipline imposed in the State of New York for violating New York Election Law § 17–122(7), conduct that in New Jersey constitutes a violation of *RPC* 8.4(b)(criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **DAVID WARREN DENENBERG** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.